# EXHIBIT 4 - Complaint



57 West 57th Street, 3rd and 4th Floors, Manhattan, NY 10019

(917)-858-8018; (917)-591-0618 (facsimile)

Email: smu@whitewoodlaw.com

April 19, 2024

**Re: Royal Craft Wood Infringement of US D 949,612**

Hello Tatyana,

    As you are undoubtably aware, my client ("Patent One") holds a valid US Patent D949,612 S (the "'612 Patent), which your company has infringed by selling the identical design shown in the following link. https://www.amazon.com.be/-/en/Adjustable-Bamboo-Drawer-Dividers-Inserts/dp/B0BBGS9G4S.

    Patent One has recently filed a suit against various infringers on the internet, where the United District of Illinois issued a favorable ruling for my client against all the infringers. The Court has found that the Defendants have willfully infringed the '612 Patent and has thus awarded **over one million dollars** of damages for Patent One.

    "A design patent protects the non-functional aspects of an ornamental design as seen as a whole and as shown in the patent." *KeyStone Retaining Wall Sys., Inc. v. Westrock, Inc.,* 997 F.2d 1444, 1450 (Fed. Cir. 1993). Design patent infringement analysis is governed by the "ordinary observer" test, which has been articulated as follows: "[If] in the eye of an ordinary observer, giving such attention as a purchaser usually gives, two designs are substantially the same, if the resemblance is such as to deceive an ordinary observer, inducing him to purchase one supposing it to be the other, the first one patented is infringed by the other." *Amini Innovation Corp. v. Anthony California, Inc.*, 211 F. App'x 988, 2007 WL 43262, at **2 (Fed. Cir. Jan. 8, 2007).

 

Royal Craft Wood Infringing Product                              '612 Patent

      A simple comparison between your infringing product and the '612 Patent clearly shows that these two designs are substantially the same.

      Patent holder is entitled to treble damages plus reasonable attorneys' fees and cost. *United Lens Corp. v. Doray Lamp Co*., 93 F.2d 969, 971 (7th Cir. 1937).

      Patent One intends to file a suit against you for willful patent infringement and recover damages up to three times of the sales value plus attorneys' fees and cost. However, to amicably resolve this matter and save the cost, Patent will accept an out-of-the-court settlement if Royal Craft Wood could provide a complete sales record for ASIN B0BBGS9G4S and any other products similar to this product. **Please be advised that failure to comply with our demand will subject you to, among other things, fees and costs associated with filing the lawsuit, and treble damages**.

      We look forward to your prompt response.

Truly Yours,

                                                                       By: /s/ Shengmao Mu
Shengmao (Sam) Mu, NY #5707021

**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Patent One LLC*